# STATE OF VERMONT

| SUPERIOR COURT<br>Vermont Unit | ENVIRONMENTAL DIVISION |
|---|---|
| Senecal Shoreline Permit #97 | Docket No. 95-8-15 Vtec |
| Senecal Shoreline Permit #98 | Docket No. 96-8-15 Vtec |
| Cert of Appropriateness 451 Appletree Point Rd. | Docket No. 103-8-15 Vtec |
| Cert of Appropriateness 465 Appletree Point Rd. | Docket No. 104-8-15 Vtec |

## ENTRY REGARDING MOTION

Title:      Oral Motion to Remand
Filer:      Larsen Land Trust
Attorney:   James A. Dumont
Filed Date: March 21, 2016

No response filed

**The motion is GRANTED.**

All parties other than the City of Burlington and Agency of Natural Resources have entered into a Settlement Agreement resolving all issues within these four coordinated matters.  The City wishes for the two appeals of Certificates of Appropriateness to be remanded to the Development Review Board (DRB) for consideration of the parties' resolution.  ANR (and all other parties) ask that the two appeals of Shoreline Permits be placed on inactive status to await a final decision of the City of Burlington DRB.

We therefore **REMAND** Docket Nos. 103-8-15 and 104-8-15 to the City of Burlington DRB to consider the Amended Permit Conditions as identified with the parties' Settlement Agreement.  We also place Docket Nos. 95-8-15 Vtec and 96-8-15 Vtec on inactive status and

await a motion or request to reactive these two appeals.

So ordered.

Electronically signed on March 21, 2015 at 9:07 AM pursuant to V.R.E.F. 7(d).

_____
Thomas G. Walsh, Judge
Superior Court, Environmental Division


<u>Notifications</u>:
James A. Dumont (ERN 1948), Attorney for Appellant Larsen Land Trust
James A. Dumont (ERN 1948), Attorney for Appellant Lauritz Larsen
James A. Dumont (ERN 1948), Attorney for Appellant Douglas Campbell
James A. Dumont (ERN 1948), Attorney for Appellant Christine Campbell
James A. Dumont (ERN 1948), Attorney for Appellant Kathleen Cooke
James A. Dumont (ERN 1948), Attorney for Appellant James Cooke
James A. Dumont (ERN 1948), Attorney for Appellant Shanta Eastman
James A. Dumont (ERN 1948), Attorney for Appellant Ian Bleakney
James A. Dumont (ERN 1948), Attorney for Appellant Jeff Haig
James A. Dumont (ERN 1948), Attorney for Appellant Burr Miller
James A. Dumont (ERN 1948), Attorney for Appellant DeLora Miller
James A. Dumont (ERN 1948), Attorney for Appellant Morgan Sparks
Matthew B. Byrne (ERN 2486), Attorney for Appellee Alfred Senecal
Matthew S. Stern (ERN 5743), Attorney for party 15 Co-counsel
Kimberlee J. Sturtevant (ERN 4778), Attorney for Interested Person City of Burlington